**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **JENNIFER ELAINE CARON,** )<br>)<br>**PLAINTIFF** )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>**COMMISSIONER OF SOCIAL SECURITY,** )<br>)<br>**DEFENDANT** ) | **CIVIL NO. 1:11-CV-218-DBH** |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On March 14, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on April 2, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's final decision is **AFFIRMED** and judgment is entered in favor of the Commissioner.

**SO ORDERED.**

**DATED THIS 4TH DAY OF APRIL, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**